USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-18-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION INC., et al.,

                Plaintiffs,

- against -

ZHIMING DONG, d/b/a LANPIN08,
d/b/a MING1015, et al.,

                Defendants.

**ORDER**

09 Civ. 5775 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Pro se Defendant Xiaodong Zhang requests an adjournment of the initial conference scheduled for August 27, 2009. Plaintiffs have consented to this request.

**IT IS THEREFORE ORDERED THAT** the Parties **SHALL** appear for a status conference before the Court on **September 10, 2009, at 10:00 a.m.**

SO ORDERED this 18th day of August 2009
New York, New York

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge